No. 89–6458.  MACGUIRE *v.* MILLER, SHINE & BRYAN ET AL. C. A. 11th Cir.  Certiorari denied.

No. 89–6508.  COX *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 89–6531.  FRANKS *v.* BAUER, POLICE CHIEF, ET AL. C. A. 5th Cir.  Certiorari denied.

No. 89–6536.  CANTU *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 89–6548.  HARRISON *v.* OKLAHOMA.  Ct. Crim. App. Okla. Certiorari denied.

No. 89–6564.  LAND *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 89–6582.  CURREN *v.* UNITED STATES.  C. A. D. C. Cir. Certiorari denied.

No. 89–6598.  PEOPLES *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 89–6603.  DORIA *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 89–6606.  BARNES *v.* UNITED STATES.  C. A. 1st Cir. Certiorari denied.

No. 89–6656.  SAKOVICH *v.* ARMSTRONG WORLD INDUSTRIES. App. Ct. Ill., 3d Dist.  Certiorari denied.

No. 89–6657.  SAKOVICH *v.* DODT.  App. Ct. Ill., 3d Dist. Certiorari denied.

No. 89–1075.  A. A. POULTRY FARMS, INC., ET AL. *v.* ROSE ACRE FARMS, INC.  C. A. 7th Cir.  Certiorari denied.  JUSTICE WHITE would grant certiorari.